# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone (414) 271-3943  
Fax (414) 271-9344  
info@chapter13milwaukee.com

740 N. Plankinton Avenue  
Suite 400  
Milwaukee, Wisconsin 53203

August 18, 2009

Clerk of US Bankruptcy Court  
126 U S Courthouse  
517 E. Wisconsin Ave.  
Milwaukee, WI 53202

RE: DBTR: RICHARD S. PHILLIPS  
CASE NO: 05-45804-JES

Dear Clerk of US Bankruptcy Court:

Enclosed please find check # 1056913 which replaces check # 1053302 (copy attached) in the above case. Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service.

Thank You.


OFFICE OF CHAPTER 13 TRUSTEE




cc: file



Mary B. Grossman, Chapter 13 Trustee  Check No. 1053302
Pay to: 00040342  SBC AMERITECH
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 05-45804-JES | 029-0 | RICHARD S. PHILLIPS | 414-321-6599-844 | 0.00 | 66.99 | 0.00 | 66.99 |

